UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LLOYD SCHARNHORST and<br>DONALD F. SCHARNHORST<br><br>Defendants. | Case No.: 05-250-S-EJL<br><br><br>**ORDER FOR DISMISSAL**<br>**WITH PREJUDICE** |

Based upon the stipulation of the parties and good cause appearing, the above-entitled matter against Defendant DONALD F. SCHARNHORST shall be, and the same is hereby, **DISMISSED WITH PREJUDICE**.

DATED: **August 4, 2005**

_____
Honorable Edward J. Lodge
U.S. District Judge